UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAMONT ELKINS,

        Plaintiffs,

   v.

NOVATO POLICE DEPARTMENT, et al.,

        Defendants.

Case No. 21-cv-07377-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 5/26/23.

DESIGNATION OF EXPERTS: 6/2/2023; REBUTTAL: 6/23/2023;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 7/14/2023.

DISPOSITIVE MOTIONS **SHALL** be filed by; 8/4/2023;
    Opp. Due: 8/18/2023; Reply Due: 8/25/2023;
    and set for hearing no later than 9/1/2023 at 10:00 AM.

PRETRIAL CONFERENCE DATE: 10/10/23 at 3:30 PM.

JURY TRIAL DATE: 10/23/2023 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 6 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: August 12, 2022

_____
SUSAN ILLSTON
United States District Judge